DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

27 AUGUST 2013

| 270P13 | State v. Andre Devon Weeks | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1388) | Denied |
|---|---|---|---|
| 273P13 | State v. Shamon Tornell Kinston | Def's *Pro Se* Motion for Appropriate Relief | Dismissed |
| 275P13 | State v. Nathaniel Lee Joyner | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1244)<br><br>2. Def's *Pro Se* Motion to Correct a Misleading Statement<br><br>3. State's Motion to Amend Response to PDR | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Allowed |
| 276P13 | Joey Duane Scott v. Deborah Rotroff; Officer Pendley; and S. Stevens | Petitioner's *Pro Se* PWC to Review Order of Superior Court of McDowell County | Dismissed |
| 278P09-2 | Jonathan Blitz, on behalf of himself and all others similarly situated v. AGEAN, Inc. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1133)<br><br>2. Plt's Motion to Amend Plt's PDR Under N.C.G.S. § 7A-31 to Supply Additional Authority | 1. Denied<br><br>2. Allowed |
| 280P13 | State v. Myisha Edwards Brown | 1. Def's Motion for Temporary Stay (COA12-708)<br><br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/25/13** Dissolved the Stay **08/27/13**<br><br>2. Denied<br><br>3. Denied |
| 281P13 | George King, d/b/a George's Towing and Recovery v. Town of Chapel Hill | 1. Plt's Motion for Temporary Stay (COA12-1262)<br><br>2. Plt's Petition for *Writ of Supersedeas*<br><br>3. Plt's NOA Based Upon a Constitutional Question<br><br>4. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/25/13**<br><br>2.<br><br>3.<br><br>4. |
| 283P13 | State v. Windsor Devone Ingram | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1327)<br><br>2. Def's *Pro Se* Motion to File a *Pro Se* Brief | 1. Denied<br><br>2. Dismissed |